CLOSED, ECF

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:13-cv-05349-KBF

| | |
|---|---|
| Smartmatic USA Corporation et al v. Dominion Voting Systems Corporation et al | Date Filed: 07/31/2013 |
| Assigned to: Judge Katherine B. Forrest | Date Terminated: 10/22/2013 |
| Case in other court: State Court - Supreme, 652308-13 | Jury Demand: Defendant |
| Cause: 28:1452 R&R re motions to remand (non-core) | Nature of Suit: 370 Fraud or Truth-In-Lending |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Smartmatic USA Corporation**  represented by **Marc Joel Gottridge**
Hogan Lovells US LLP (nyc)
875 Third Avenue
New York, NY 10022
(212) 918-3000
Fax: (212) 918-3100
Email: marc.gottridge@hoganlovells.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Ryan Michaeli**
Flemming Zulack Williamson Zauderer, LLP
One Liberty Plaza
New York, NY 10006
(212)-412-9500
Fax: (212)-964-9200
Email: david.michaeli@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Ira S. Greene**
Hogan Lovells US LLP (nyc)
875 Third Avenue
New York, NY 10022
(212)-918-3000
Fax: (212)-918-3100
Email: ira.greene@hoganlovells.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Smartmatic International Corporation**  represented by **Marc Joel Gottridge**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Ryan Michaeli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ira S. Greene**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Smartmatic Services Corporation** | represented by | **Marc Joel Gottridge** |

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Ryan Michaeli**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ira S. Greene**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Dominion Voting Systems Corporation** | represented by | **George Whitcomb Shuster** |

Wilmer Cutler Pickering Hale and Dorr LLP (Bos)
60 State Street
Boston, MA 02109
(617)-526-6000
Fax: (617)-526-5000
Email: george.shuster@wilmerhale.com

*ATTORNEY TO BE NOTICED*

**Jeremy S. Winer**
Wilmer Cutler Pickering Hale and Dorr LLP (NYC)
7 World Trade Center
250 Greenwich St.
New York, NY 10007
(212) 230-8800
Fax: (212) 230-8888
Email: jeremy.winer@wilmerhale.com
*ATTORNEY TO BE NOTICED*

|  | | Richard A. Johnston<br>Wilmerhale Culter Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, MA 02109<br>(617)-526-6282<br>Email: richard.johnston@wilmerhale.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Defendant**

| | | |
|---|---|---|
| **Dominion Voting Systems, Inc** | represented by | **George Whitcomb Shuster**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Jeremy S. Winer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard A. Johnston**<br>(See above for address)<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 07/31/2013 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 652308-13. (Filing Fee $ 350.00, Receipt Number 465401073389).Document filed by Smartmatic USA Corporation, Smartmatic International Corporation, Smartmatic Services Corporation.(jd) (Entered: 08/01/2013) |
| 07/31/2013 |  | SUMMONS ISSUED as to Dominion Voting Systems Corporation, Dominion Voting Systems, Inc. (jd) (Entered: 08/01/2013) |
| 07/31/2013 |  | Magistrate Judge Sarah Netburn is so designated. (jd) (Entered: 08/01/2013) |
| 07/31/2013 |  | Case Designated ECF. (jd) (Entered: 08/01/2013) |
| 08/01/2013 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent No Corporate Parent for Dominion Voting Systems Corporation; Corporate Parent Dominion Voting Systems Corporation for Dominion Voting Systems, Inc. Document filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc.(Shuster, George) (Entered: 08/01/2013) |
| 08/01/2013 | 3 | MOTION to Change Venue. Document filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc.(Shuster, George) (Entered: 08/01/2013) |
|  |  |  |

| | | |
|---|---|---|
| 08/01/2013 | 4 | MEMORANDUM OF LAW in Support re: 3 MOTION to Change Venue.. Document filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc. (Shuster, George) (Entered: 08/01/2013) |
| 08/01/2013 | 5 | DECLARATION of George W. Shuster, Jr. in Support re: 3 MOTION to Change Venue.. Document filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)(Shuster, George) (Entered: 08/01/2013) |
| 08/01/2013 | 6 | CERTIFICATE OF SERVICE of Notice of Motion to Transfer Venue, Memorandum of Law in Support of Motion to Transfer Venue, Declaration of George W. Shuster, Jr. in Support of Notice of Removal and Motion to Transfer Venue with Exhibits A-O and Rule 7.1 Corporate Disclosure Statement of Defendants Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. served on Ira S. Greene, Khang V. Tran, David R. Michaeli on 08/01/2013. Service was made by Mail. Document filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc. (Shuster, George) (Entered: 08/01/2013) |
| 08/05/2013 | 7 | ENDORSED LETTER addressed to Judge Katherine B. Forrest from George W. Shuster, Jr. dated 8/1/13 re: Counsel writes to request an extension of time to answer or otherwise respond to the complaint from August 7, 2013 to August 16, 2013. ENDORSEMENT: Ordered: Application granted. (Signed by Judge Katherine B. Forrest on 8/5/2013) (mro) (Entered: 08/05/2013) |
| 08/14/2013 | 8 | ENDORSED LETTER addressed to Judge Katherine B. Forrest from David R. Michaeli dated 8/13/13 re: Counsel writes to request an extension of plaintiffs' deadline to oppose the motion to transfer venue to 8/30/13. ENDORSEMENT: ORDERED: Application granted. Opposition to motion to transfer venue now due 8/30/13. If the basis for plaintiff's motion to remand is largely the same as its opposition to transfer venue, then (1) defendants' reply brief to the motion to transfer venue shall also include its opposition to the motion to remand and (2) plaintiff shall not file a reply to the motion to remand. (Signed by Judge Katherine B. Forrest on 8/14/2013) (mro) (Entered: 08/14/2013) |
| 08/14/2013 | | Set/Reset Deadlines as to 3 MOTION to Change Venue: Responses due by 8/30/2013 (mro) (Entered: 08/14/2013) |
| 08/14/2013 | 9 | ORDER: Lead counsel for all parties shall appear for an initial pretrial conference ("IPTC") promptly at 3:30 p.m., October 11, 2013 before Judge Katherine B. Forrest. (Signed by Judge Katherine B. Forrest on 8/14/2013) (mro) (Entered: 08/14/2013) |
| 08/16/2013 | 10 | MOTION to Dismiss *(Notice of Motion by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. to Dismiss the Complaint, or, in the Alternative, to Stay This Action.)*. Document filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc.(Shuster, George) (Entered: 08/16/2013) |
| 08/16/2013 | 11 | MEMORANDUM OF LAW in Support re: 10 MOTION to Dismiss *(Notice of* |

| | | |
|---|---|---|
| | | *Motion by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. to Dismiss the Complaint, or, in the Alternative, to Stay This Action.).* MOTION to Dismiss *(Notice of Motion by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. to Dismiss the Complaint, or, in the Alternative, to Stay This Action.). (Memorandum of Law in Support of Motion by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. to Dismiss the Complaint, or, in the Alternative, to Stay This Action.).* Document filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc. (Attachments: # 1 Annex 1)(Shuster, George) (Entered: 08/16/2013) |
| 08/16/2013 | 12 | DECLARATION of George W. Shuster, Jr. in Support re: 10 MOTION to Dismiss *(Notice of Motion by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. to Dismiss the Complaint, or, in the Alternative, to Stay This Action.).* MOTION to Dismiss *(Notice of Motion by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. to Dismiss the Complaint, or, in the Alternative, to Stay This Action.)..* Document filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Shuster, George) (Entered: 08/16/2013) |
| 08/16/2013 | 13 | DEMAND for Trial by Jury. Document filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc(Shuster, George) (Entered: 08/16/2013) |
| 08/16/2013 | 14 | CERTIFICATE OF SERVICE of (1) Notice of Motion By Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. to Dismiss the Complaint, or, in the Alternative, to Stay the Action, with Memorandum of Law in Support; (2) Declaration of George W. Shuster, Jr. in Support of Motion By Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. to Dismiss the Complaint, or, in the Alternative, to Stay the Action; and (3) Dominion Voting Systems Corporation's and Dominion Voting Systems, Inc.'s Notice of Jury Demand. served on Smartmatic USA Corp., Smartmatic International Corp., and Smartmatic Services Corp. on 08/16/2013. Service was made by Overnight Mail. Document filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc. (Shuster, George) (Entered: 08/16/2013) |
| 08/21/2013 | 15 | ORDER: The Court has reviewed defendants' correspondence requesting an adjournment of the initial pretrial conference in this matter. It is hereby ORDERED that the IPTC is adjourned from October 11, 2013 to Friday, October 25, 2013, at 12:00 p.m. ( Initial Conference set for 10/25/2013 at 12:00 PM before Judge Katherine B. Forrest.) (Signed by Judge Katherine B. Forrest on 8/21/2013) (mro) (Entered: 08/21/2013) |
| 08/23/2013 | 16 | MOTION for Richard A. Johnston to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8811906. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc. (Attachments: # 1 Certificate of Good Standing, # 2 Text of Proposed Order)(Johnston, Richard) |

| | | |
|---|---|---|
| | | (Entered: 08/23/2013) |
| 08/23/2013 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 16 MOTION for Richard A. Johnston to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number 0208-8811906. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bcu)** (Entered: 08/23/2013) |
| 08/26/2013 | 17 | ORDER FOR ADMISSION PRO HAC VICE granting 16 Motion for Richard A. Johnston to Appear Pro Hac Vice. It is hereby Ordered that Richard A. Johnston is admitted pro hac vice to appear for all purposes as counsel for Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (Signed by Judge Katherine B. Forrest on 8/26/2013) (mro) (Entered: 08/26/2013) |
| 08/26/2013 | 18 | LETTER addressed to Judge Katherine B. Forrest from George W. Shuster, Jr. dated 8/20/13 re: Dominion respectfully requests that the Court adjourn the pretrial conference in this case to October 22, 23, or 24, 2013. However, if the requested adjournment would be inconvenient for the Court, Mr. Johnston will attend the initial pretrial conference as scheduled. (mro) (Entered: 08/26/2013) |
| 08/28/2013 | 19 | NOTICE OF APPEARANCE by Jeremy S. Winer on behalf of Dominion Voting Systems Corporation, Dominion Voting Systems, Inc. (Winer, Jeremy) (Entered: 08/28/2013) |
| 08/28/2013 | 20 | ENDORSED LETTER addressed to Judge Katherine B. Forrest from David R. Michaeli dated 8/28/2013 re: Counsel for Plaintiffs request an extension until 9/24/2013 of Plaintiffs' deadline to oppose defendants' Motion to Dismiss the Complaint or, in the Alternative, to Stay this Action. ENDORSEMENT: Ordered. Application granted. Set Deadlines/Hearing as to 10 MOTION to Dismiss *(Notice of Motion by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. to Dismiss the Complaint, or, in the Alternative, to Stay This Action.)* :(Responses due by 9/24/2013) (Signed by Judge Katherine B. Forrest on 8/28/2013) (tro) (Entered: 08/28/2013) |
| 08/30/2013 | 21 | NOTICE OF APPEARANCE by Ira S. Greene on behalf of Smartmatic International Corporation, Smartmatic Services Corporation, Smartmatic USA Corporation. (Greene, Ira) (Entered: 08/30/2013) |
| 08/30/2013 | 22 | NOTICE OF APPEARANCE by David Ryan Michaeli on behalf of Smartmatic International Corporation, Smartmatic Services Corporation, Smartmatic USA Corporation. (Michaeli, David) (Entered: 08/30/2013) |
| 08/30/2013 | 23 | NOTICE OF APPEARANCE by Marc Joel Gottridge on behalf of Smartmatic International Corporation, Smartmatic Services Corporation, Smartmatic USA Corporation. (Gottridge, Marc) (Entered: 08/30/2013) |
| 08/30/2013 | 24 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Smartmatic International Holding B.V. for Smartmatic International Corporation, Smartmatic Services Corporation, Smartmatic USA Corporation. Document filed by Smartmatic International Corporation, Smartmatic Services Corporation, Smartmatic USA Corporation.(Gottridge, |

| | | |
|---|---|---|
| | | Marc) (Entered: 08/30/2013) |
| 08/30/2013 | 25 | MOTION to Remand to State Court. Document filed by Smartmatic International Corporation, Smartmatic Services Corporation, Smartmatic USA Corporation.(Gottridge, Marc) (Entered: 08/30/2013) |
| 08/30/2013 | 26 | MEMORANDUM OF LAW in Support re: 25 MOTION to Remand to State Court.. Document filed by Smartmatic International Corporation, Smartmatic Services Corporation, Smartmatic USA Corporation. (Gottridge, Marc) (Entered: 08/30/2013) |
| 08/30/2013 | 27 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** DECLARATION of Ira S. Green in Support re: 25 MOTION to Remand to State Court. Document filed by Smartmatic International Corporation, Smartmatic Services Corporation, Smartmatic USA Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Gottridge, Marc) Modified on 9/6/2013 (db). (Entered: 08/30/2013) |
| 08/30/2013 | 28 | **FILING ERROR - WRONG PDF FILE ASSOCIATED WITH DOCKET ENTRY -** RESPONSE in Opposition re: 25 MOTION to Remand to State Court. . Document filed by Smartmatic International Corporation, Smartmatic Services Corporation, Smartmatic USA Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F) (Gottridge, Marc) Modified on 9/3/2013 (ldi). (Entered: 08/30/2013) |
| 08/30/2013 | 29 | MEMORANDUM OF LAW in Opposition re: 3 MOTION to Change Venue.. Document filed by Smartmatic International Corporation, Smartmatic Services Corporation, Smartmatic USA Corporation. (Gottridge, Marc) (Entered: 08/30/2013) |
| 08/30/2013 | 30 | DECLARATION of Tom H. Connolly *Chapter 7 Trustee for SVS Holdings, Inc.*. Document filed by Smartmatic International Corporation, Smartmatic Services Corporation, Smartmatic USA Corporation. (Gottridge, Marc) (Entered: 08/30/2013) |
| 08/30/2013 | 31 | DECLARATION of Ira S. Greene in Support re: 25 MOTION to Remand to State Court.. Document filed by Smartmatic International Corporation, Smartmatic Services Corporation, Smartmatic USA Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I)(Michaeli, David) (Entered: 08/30/2013) |
| 08/30/2013 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - PDF ERROR. Note to Attorney Marc Joel Gottridge to RE-FILE Document 28 Response in Opposition to Motion. NOTE: The Document attached is the "Notice of Motion". Re-File and attach correct Response document. (ldi)** (Entered: 09/03/2013) |
| 09/09/2013 | 32 | MEMORANDUM OF LAW in Opposition re: 25 MOTION to Remand to State Court. *(Dominion's Memorandum of Law (1) In Opposition to Plaintiffs' Motion to Remand and for Abstention and (2) In Further Support of Dominion's Motion to Transfer Venue)*. Document filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc. (Shuster, George) |

| | | |
|---|---|---|
| | | (Entered: 09/09/2013) |
| 09/09/2013 | 33 | DECLARATION of George W. Shuster, Jr. in Support re: 32 Memorandum of Law in Opposition to Motion,. Document filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Shuster, George) (Entered: 09/09/2013) |
| 09/24/2013 | 34 | MEMORANDUM OF LAW in Opposition re: 10 MOTION to Dismiss *(Notice of Motion by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. to Dismiss the Complaint, or, in the Alternative, to Stay This Action.)*. MOTION to Dismiss *(Notice of Motion by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. to Dismiss the Complaint, or, in the Alternative, to Stay This Action.)*.. Document filed by Smartmatic International Corporation, Smartmatic Services Corporation, Smartmatic USA Corporation. (Gottridge, Marc) (Entered: 09/24/2013) |
| 10/04/2013 | 35 | REPLY MEMORANDUM OF LAW in Support re: 10 MOTION to Dismiss *(Notice of Motion by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. to Dismiss the Complaint, or, in the Alternative, to Stay This Action.)*. MOTION to Dismiss *(Notice of Motion by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. to Dismiss the Complaint, or, in the Alternative, to Stay This Action.)*.. Document filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc. (Shuster, George) (Entered: 10/04/2013) |
| 10/04/2013 | 36 | DECLARATION of George W. Shuster, Jr. in Support re: 10 MOTION to Dismiss *(Notice of Motion by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. to Dismiss the Complaint, or, in the Alternative, to Stay This Action.)*. MOTION to Dismiss *(Notice of Motion by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. to Dismiss the Complaint, or, in the Alternative, to Stay This Action.)*.. Document filed by Dominion Voting Systems Corporation, Dominion Voting Systems, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Shuster, George) (Entered: 10/04/2013) |
| 10/22/2013 | 37 | ORDER denying 25 Motion to Remand to State Court; granting 3 Motion to Change Venue; held in abeyance 10 Motion to Dismiss. For these reasons, Plaintiffs' Motion to Remand is DENIED; Plaintiffs' Motion to Transfer Venue is GRANTED; and Defendants' Motion to Dismiss is HELD IN ABEYANCE. The Clerk of Court is directed to terminate the motions at ECF Nos. 3 and 25 and to transfer this action to the District of Colorado. The initial pretrial conference scheduled for Friday, October 25, 2013, at 12:00 p.m. is adjourned. (Signed by Judge Katherine B. Forrest on 10/22/2013) (mro) (Entered: 10/22/2013) |
| 10/22/2013 | | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court - District of Colorado. (mro) (Entered: 10/29/2013) |

**PACER Service Center**

| Transaction Receipt | | | |
|---|---|---|---|
| 10/29/2013 10:32:53 | | | |
| **PACER Login:** | ud0822 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:13-cv-05349-KBF |
| **Billable Pages:** | 7 | **Cost:** | 0.70 |