

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
OFFICE OF THE CLERK

JEFFREY P. COLWELL  
CLERK OF COURT

Room A-105  
Alfred A. Arraj U.S. Courthouse  
901 19th Street  
Denver, Colorado 80294-3589  
Phone (303) 844-3433  
www.cod.uscourts.gov

October 29, 2013

See Notice of Electronic Filing

Re: Smartmatic USA Corporation et. V. Dominion Voting Systems Corporation  
Civil Action Number: Southern District of New York 13-cv-5349  
Our Civil Action Number: 13-cv-02949 WYD-MEH

Dear Counsel:

The above referenced case has been transferred to this Court.  The new case number is 13-cv-2949  and is assigned to Judge Daniel.  All future pleadings should reference the case number assigned by this court as shown above.  Our Local Rules of Practice are available for download at www.cod.uscourts.gov.

Very truly yours,  
JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi  
Deputy Clerk

04/15/02