IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02949-REB-MEH

SMARTMATIC USA CORPORATION,
SMARTMATIC INTERNATIONAL
CORPORATION, and SMARTMATIC
SERVICES CORPORATION

      Plaintiffs,

  v.

DOMINION VOTING SYSTEMS
CORPORATION and DOMINION VOTING
SYSTEMS, INC.

      Defendants.

## ENTRY OF APPEARANCE

Eric E. Johnson of the law firm Sherman & Howard L.L.C. hereby enters his appearance as counsel of record for Defendants Dominion Voting Systems Corporation and Dominion Voting Systems, Inc.

Dated this 4th day of November, 2013.

    Respectfully submitted,

    SHERMAN & HOWARD L.L.C.

    s/ Eric E. Johnson
    Eric E. Johnson
    David B. Wilson
    633 17th Street, Suite 3000
    Denver, CO 80202
    Telephone:  303-297-2900
    Facsimile:  303-298-0940
    E-mail:  ejohnson@shermanhoward.com
    E-mail:  dwilson@shermanhoward.com

    Attorneys for Dominion Voting Systems Corporation and Dominion Voting Systems, Inc.

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November, 2013, I electronically filed the foregoing **ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system and was deposited in the United States mail, postage paid, and addressed as follows:

David R. Michaeli
Ira S. Greene
Marc J. Gottridge
Hogan Lovells US LLP-New York
875 Third Avenue
New York, NY 10022

Richard A. Johnston
Wilmer Cutler Pickering Hale
 & Dorr, LLP-Boston
60 State Street
Boston, MA 02109

George W. Shuster, Jr.
Jeremy S. Winer
Wilmer Cutler Pickering Hale
 & Dorr, LLP-New York
7 World Trade Center
New York, NY 10007

                                                  s/ Roberta Neal

2