IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02949-REB-MEH

SMARTMATIC USA CORPORATION,
SMARTMATIC INTERNATIONAL CORPORATION, and
SMARTMATIC SERVICES CORPORATION,

    Plaintiffs,

v.

DOMINION VOTING SYSTEMS CORPORATION, and
DOMINION VOTING SYSTEMS, INC.,

    Defendants.

## ENTRY OF APPEARANCE

Ira S. Greene of the law firm of Hogan Lovells US LLP, as a member of the bar of this Court, hereby enters his appearance on behalf of Plaintiffs Smartmatic USA Corporation, Smartmatic International Corporation, and Smartmatic Services Corporation.

DATED: November 15, 2013        Respectfully submitted,

        HOGAN LOVELLS US LLP

        /s/ Ira S. Greene
        Ira S. Greene
        875 Third Avenue
        New York, NY 10022
        Telephone: (212) 918-3000
        Facsimile: (212) 918-3100
        E-mail: Ira.Greene@hoganlovells.com

*Attorneys for Plaintiffs Smartmatic USA Corporation, Smartmatic International Corporation, and Smartmatic Services Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2013, I caused a true and correct copy of the foregoing Entry of Appearance to be served by first-class mail, postage prepaid, on the following:

>George W. Shuster , Jr., Esq.
>Jeremy S. Winer, Esq.
>Wilmer Cutler Pickering Hale & Dorr, LLP
>7 World Trade Center
>250 Greenwich Street
>New York, NY 10007
>
>Richard A. Johnston, Esq.
>Wilmer Cutler Pickering Hale & Dorr, LLP
>60 State Street
>Boston, MA 02109
>
>David B. Wilson, Esq.
>Eric E. Johnson, Esq.
>Sherman & Howard, L.L.C.
>633 17th Street
>Suite 3000
>Denver, CO 80202-3622

/s/ Khang V. Tran
Khang V. Tran