IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02949-REB-MEH

SMARTMATIC USA CORPORATION,
SMARTMATIC INTERNATIONAL CORPORATION, and
SMARTMATIC SERVICES CORPORATION,

    Plaintiffs,

v.

DOMINION VOTING SYSTEMS CORPORATION, and
DOMINION VOTING SYSTEMS, INC.,

    Defendants.

---

## ENTRY OF APPEARANCE

---

    Khang V. Tran of the law firm of Hogan Lovells US LLP, as a member of the bar of this Court, hereby enters his appearance on behalf of Plaintiffs Smartmatic USA Corporation, Smartmatic International Corporation, and Smartmatic Services Corporation.

DATED: November 15, 2013        Respectfully submitted,

                                        HOGAN LOVELLS US LLP

                                        /s/ Khang V. Tran
                                        Khang V. Tran
                                        555 Thirteenth Street, N.W.
                                        Washington, DC 20004
                                        Telephone:  (202) 637-5600
                                        Facsimile:  (202) 637-5910
                                        E-mail:  Khang.Tran@hoganlovells.com

                                        *Attorneys for Plaintiffs Smartmatic USA*
                                        *Corporation, Smartmatic International Corporation,*
                                        *and Smartmatic Services Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2013, I caused a true and correct copy of the foregoing Entry of Appearance to be served by first-class mail, postage prepaid, on the following:

>George W. Shuster , Jr., Esq.
>Jeremy S. Winer, Esq.
>Wilmer Cutler Pickering Hale & Dorr, LLP
>7 World Trade Center
>250 Greenwich Street
>New York, NY 10007
>
>Richard A. Johnston, Esq.
>Wilmer Cutler Pickering Hale & Dorr, LLP
>60 State Street
>Boston, MA 02109
>
>David B. Wilson, Esq.
>Eric E. Johnson, Esq.
>Sherman & Howard, L.L.C.
>633 17th Street
>Suite 3000
>Denver, CO 80202-3622

>/s/ Khang V. Tran
>Khang V. Tran