## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2949-REB-MEH

SMARTMATIC USA CORPORATION,
SMARTMATIC INTERNATIONAL CORPORATION, and
SMARTMATIC SERVICES CORPORATION,

    Plaintiffs,

v.

DOMINION VOTING SYSTEMS CORPORATION, and
DOMINION VOTING SYSTEMS, INC.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that David A. DeMarco, of Hogan Lovells US LLP, hereby enters his appearance as counsel of record in the above-captioned action on behalf of Plaintiffs Smartmatic USA Corporation, Smartmatic International Corporation, and Smartmatic Services Corporation.

1

Respectfully submitted this 22nd day of November, 2013.

    HOGAN LOVELLS US LLP

    s/ David A. DeMarco
    David A. DeMarco
    1200 Seventeenth Street, Suite 1500
    Denver, CO 80202
    (303) 899-7300
    (303) 899-7333 (fax)
    david.demarco@hoganlovells.com

    Ira S. Greene
    David R. Michaeli
    Marc J. Gottridge
    Khang V. Tran
    875 third Avenue
    New York, NY 10022
    (212) 918-3000
    (212) 918-3100 (fax)
    ira.greene@hoganlovells.com
    david.michaeli@hoganlovells.com
    marc.gottridge@hoganlovells.com
    khang.tran@hoganlovells.com

    Bruce D. Oakley
    700 Louisiana Street, Suite 4300
    Houston, TX 77002
    (713) 632-1400
    (713) 632-1401 (fax)
    bruce.oakley@hoganlovells.com

    *Counsel for Plaintiffs*
    *Smartmatic USA Corporation,*
    *Smartmatic International Corporation, and*
    *Smartmatic Services Corporation*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 22nd day of November, 2013, the foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George W. Shuster, Jr.
Jeremy S. Winer
Richard A. Johnston
Wilmer Cutler Pickering Hale & Dorr, LLC
7 World Trade Center
250 Greenwich Street
New York, NY 10007
george.shuster@wilmerhale.com
jeremy.winer@wilmerhale.com
richard.johnston@wilmerhale.com

David B. Wilson
Eric E. Johnson
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202
dwilson@shermanhoward.com
ejohnson@shermanhoward.com

                                       s/ David A. DeMarco