**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-2949-REB-MEH

SMARTMATIC USA CORPORATION,
SMARTMATIC INTERNATIONAL CORPORATION, and
SMARTMATIC SERVICES CORPORATION,

    Plaintiffs,

v.

DOMINION VOTING SYSTEMS CORPORATION, and
DOMINION VOTING SYSTEMS, INC.,

    Defendants.

## NOTICE OF RELATED CASE

Pursuant to D.C.COLO.LCivR 7.5, Plaintiffs Smartmatic USA Corporation, Smartmatic International Corporation, and Smartmatic Services Corporation respectfully submit this Notice of Related Case.  This case and a pending adversary proceeding, *Connolly v. Dominion Voting Systems Corporation & Dominion Voting Systems, Inc. (*In re *SVS Holdings, Inc.)*, Adversary No. 12-01757 HRT, Case No. 10-24238 HRT (Bankr. D. Colo.), share common defendants and certain common questions of law and fact.

1

Respectfully submitted this 22nd day of November, 2013.

        HOGAN LOVELLS US LLP

        s/ Bruce D. Oakley
        Bruce D. Oakley
        700 Louisiana Street, Suite 4300
        Houston, TX 77002
        (713) 632-1400
        (713) 632-1401 (fax)
        bruce.oakley@hoganlovells.com

        David A. DeMarco
        1200 Seventeenth Street, Suite 1500
        Denver, CO 80202
        (303) 899-7300
        (303) 899-7333 (fax)
        david.demarco@hoganlovells.com

        Ira S. Greene
        Khang V. Tran
        875 Third Avenue
        New York, NY 10022
        (212) 918-3000
        (212) 918-3100 (fax)
        ira.greene@hoganlovells.com
        khang.tran@hoganlovells.com

*Counsel for Plaintiffs*
*Smartmatic USA Corporation,*
*Smartmatic International Corporation, and*
*Smartmatic Services Corporation*

\\DE - 038124/000002 - 669932 v2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2013, the foregoing **NOTICE OF RELATED CASE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George W. Shuster, Jr.
Jeremy S. Winer
Richard A. Johnston
Wilmer Cutler Pickering Hale & Dorr, LLC
7 World Trade Center
250 Greenwich Street
New York, NY 10007
george.shuster@wilmerhale.com
jeremy.winer@wilmerhale.com
richard.johnston@wilmerhale.com

David B. Wilson
Eric E. Johnson
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202
dwilson@shermanhoward.com
ejohnson@shermanhoward.com

                                              s/ Bruce D. Oakley