**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-2949-REB-MEH

SMARTMATIC USA CORPORATION,
SMARTMATIC INTERNATIONAL CORPORATION, and
SMARTMATIC SERVICES CORPORATION,

    Plaintiffs,

v.

DOMINION VOTING SYSTEMS CORPORATION, and
DOMINION VOTING SYSTEMS, INC.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Bruce D. Oakley, of Hogan Lovells US LLP, hereby enters his appearance as counsel of record in the above-captioned action on behalf of Plaintiffs Smartmatic USA Corporation, Smartmatic International Corporation, and Smartmatic Services Corporation.

1

\\DE - 038124/000002 - 669931 v1

Respectfully submitted this 22nd day of November, 2013.

        HOGAN LOVELLS US LLP

        s/ Bruce D. Oakley
        Bruce D. Oakley
        700 Louisiana Street, Suite 4300
        Houston, TX 77002
        (713) 632-1400
        (713) 632-1401 (fax)
        bruce.oakley@hoganlovells.com

        David A. DeMarco
        1200 Seventeenth Street, Suite 1500
        Denver, CO 80202
        (303) 899-7300
        (303) 899-7333 (fax)
        david.demarco@hoganlovells.com

        Ira S. Greene
        David R. Michaeli
        Marc J. Gottridge
        Khang V. Tran
        875 third Avenue
        New York, NY 10022
        (212) 918-3000
        (212) 918-3100 (fax)
        ira.greene@hoganlovells.com
        david.michaeli@hoganlovells.com
        marc.gottridge@hoganlovells.com
        khang.tran@hoganlovells.com

        *Counsel for Plaintiffs*
        *Smartmatic USA Corporation,*
        *Smartmatic International Corporation, and*
        *Smartmatic Services Corporation*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2013, the foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

George W. Shuster, Jr.
Jeremy S. Winer
Richard A. Johnston
Wilmer Cutler Pickering Hale & Dorr, LLC
7 World Trade Center
250 Greenwich Street
New York, NY 10007
george.shuster@wilmerhale.com
jeremy.winer@wilmerhale.com
richard.johnston@wilmerhale.com

David B. Wilson
Eric E. Johnson
Sherman & Howard, LLC
633 17th Street, Suite 3000
Denver, CO 80202
dwilson@shermanhoward.com
ejohnson@shermanhoward.com

              s/ Bruce D. Oakley

3