# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 13-cv-2949-REB-MEH

| | |
|---|---|
| SMARTMATIC USA CORPORATION, SMARTMATIC INTERNATIONAL CORPORATION, and SMARTMATIC SERVICES CORPORATION | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>)<br>) |
| v.<br>DOMINION VOTING SYSTEMS CORPORATION; DOMINION VOTING SYSTEMS, INC., | )<br>)<br>)<br>)<br>) |
| Defendant. | )<br>) |

_____

## NOTICE OF WITHDRAWAL
_____

The below signed hereby withdraws his appearance for Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. Dominion Voting Systems Corporation and Dominion Voting Systems, Inc., continue to be represented in this matter by Eric E. Johnson and David B. Wilson of Sherman & Howard L.L.C., and by George W. Shuster, Jr., of Wilmer Cutler Pickering Hale and Dorr LLP.

Dated:  January 30, 2015

Respectfully submitted,

/s/ Richard A. Johnston
Richard A. Johnston, Esq. (BBO #253420)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
richard.johnston@wilmerhale.com

ATTORNEYS FOR DOMINION VOTING SYSTEMS CORPORATION and DOMINION VOTING SYSTEMS, INC.

3

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of January, 2015, I electronically filed the foregoing **NOTICE OF WITHDRAWAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following address and/or was deposited in the United States mail, postage paid and addressed to:

David R. Michaeli
Ira S. Greene
Marc J. Gottridge
Hogan Lovells US LLP-New York
875 Third Avenue
New York, NY 10022
E-mail:  David.Michaeli@hoganlovells.com
E-mail:  Ira.Greene@hoganlovells.com
E-mail:  Marc.Gottridge@hoganlovells.com

Michael Frontera
Dominion Voting Systems Corporation
1201 18th Street, Suite 210
Denver, CO 80202

                              /s/ Roberta Neal