IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02949-REB-MEH

SMARTMANTIC USA CORPORATION,
SMARTMANTIC INTERNATIONAL CORPORATION, and
SMARTMANTIC SERVICES CORPORATION,

      Plaintiffs,

v.

DOMINION VOTING SYSTEMS CORPORATION, and
DOMINION VOTING SYSTEMS, INC.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 30, 2015**.

      This matter comes before the Court *sua sponte*. Counsel for the parties shall appear before the Court for a Status Conference in this case on Tuesday, **February 3, 2015 at 10:15 a.m.** (Mountain). Counsel may appear at the conference by telephone by first teleconferencing together, then calling my Chambers at (303) 844-4507 at the appointed time.