IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02949-REB-MEH

SMARTMATIC USA CORPORATION,
SMARTMATIC INTERNATIONAL
CORPORATION
and SMARTMATIC SERVICES CORPORATION,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS CORPORATION
and DOMINION VOTING SYSTEMS, INC.

Defendants.

## JOINT STATUS REPORT

Plaintiffs Smartmatic USA Corporation, Smartmatic International Corporation and Smartmatic Services Corporation (collectively, "**Smartmatic**") and Defendants Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (collectively, "**Dominion**"), by and through their undersigned attorneys, hereby jointly submit this Status Report in connection with the present action.

1. This case is presently stayed as a result of the automatic stay in bankruptcy imposed under 11 U.S.C. Section 362(a), pending the outcome of a similar action against Dominion brought by Tom H. Connolly, Chapter 7 Trustee of SVS Holdings Inc. ("**SVS**"), in this Court, as Case No. 13-cv-00169 (the "**Trustee Action**"). The Trustee Action has not been concluded and is presently pending.

2

2. This case is based upon transfers made by Sequoia Voting Systems, Inc. ("**Sequoia**") to Dominion in 2009 and 2010.  Sequoia was a wholly owned subsidiary of SVS.

3. SVS is the subject of a Chapter 7 bankruptcy case pending in the United States Bankruptcy Court for the District of Colorado (the "**Bankruptcy Court**") as Case No. 10-24238.  Sequoia is the subject of a Chapter 11 bankruptcy case pending in the Bankruptcy Court as Case No. 14-11360, which is being jointly administered with the SVS case.  In these proceedings, Smartmatic asserts that it is a creditor of SVS and Sequoia.

DATED:  February 2, 2015

*s/ Ira S. Green*  
Ira S. Greene  
Locke Lord LLP, f/k/a  
Edwards Wildman Palmer LLP  
750 Lexington Avenue  
New York, NY 10022  
(212) 308-4411  
ira.greene@lockelord.com

- and –

David A. DeMarco  
Hogan Lovells US LLP  
One Tabor Center  
Denver, CO 80202  
(303) 899-7300  
david.demarco@hoganlovells.com

*Attorneys for Smartmatic USA Corp., Smartmatic International Corp. and Smartmatic Services Corp.*

*s/  David B. Wilson*  
David B. Wilson  
Eric E. Johnson  
Sherman & Howard L.L.C.  
633 17th Street, Suite 3000  
Denver, CO 80202  
(303) 297-2900  
dwilson@shermanhoward.com

- and -

George Shuster  
Wilmer Cutler Pickering Hale and Dorr  
60 State Street  
Boston, MA 02029  
(617) 526-6000  
george.shuster@wilmerhale.com

*Attorneys for Dominion Voting Systems Corp. and Dominion Voting Systems, Inc.*