IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02949-REB-MEH

SMARTMANTIC USA CORPORATION,
SMARTMANTIC INTERNATIONAL CORPORATION, and
SMARTMANTIC SERVICES CORPORATION,

      Plaintiffs,

v.

DOMINION VOTING SYSTEMS CORPORATION, and
DOMINION VOTING SYSTEMS, INC.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 2, 2015**.

      In light of the Joint Status Report filed by the parties (docket #20), the Status Conference set for Tuesday, February 3, 2015 is **vacated**.  Counsel for the parties shall file a Joint Status Report in this case on or before April 1, 2015 or when the stay is lifted, whichever occurs first.