**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02949-REB-MEH

SMARTMANTIC USA CORPORATION,
SMARTMANTIC INTERNATIONAL CORPORATION, and
SMARTMANTIC SERVICES CORPORATION,

    Plaintiffs,

v.

DOMINION VOTING SYSTEMS CORPORATION, and
DOMINION VOTING SYSTEMS, INC.,

    Defendants.

## ORDER

**Blackburn, J.**

The matter before me is the **Motion by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc., To Dismiss the Complaint** [#19],[1] October 29, 2013. In light of the automatic stay in bankruptcy that has been entered (*see* **Joint Status Report** [#20], filed February 2, 2015), I deny this motion without prejudice pending resolution of the Trustee Action (*In re SVS Hodilngs, Inc.*, Civil Action No. 13-cv-00169-REB).

**THEREFORE, IT IS ORDERED** that the **Motion by Dominion Voting Systems Corporation and Dominion Voting Systems, Inc., To Dismiss the Complaint** [#19], October 29, 2013, is denied without prejudice.

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated March 25, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge