IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SMARTMATIC USA CORPORATION, SMARTMATIC INTERNATIONAL CORPORATION, and SMARTMATIC SERVICES CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>DOMINION VOTING SYSTEMS CORPORATION; DOMINION VOTING SYSTEMS, INC.,<br><br>Defendants. | Case No. 13-cv-2949-REB-MEH |

## NOTICE OF WITHDRAWAL

The undersigned hereby withdraws his appearance for Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. continue to be represented in this matter by Eric E. Johnson and David B. Wilson of Sherman & Howard L.L.C., and by George W. Shuster, Jr. of Wilmer Cutler Pickering Hale and Dorr LLP.

1

Dated: April 4, 2016

Respectfully submitted,

/s/ Jeremy S. Winer
Jeremy S. Winer, Esq.
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800
Jeremy.Winer@wilmerhale.com

ATTORNEYS FOR DEFENDANTS DOMINION
VOTING SYSTEMS CORPORATION and
DOMINION VOTING SYSTEMS, INC.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of April, 2016, I electronically filed the foregoing notice of withdrawal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following address and/or was deposited in the United States mail, postage paid and addressed to:

David R. Michaeli  
Marc J. Gottridge  
Hogan Lovells US LLP-New York  
875 Third Avenue  
New York, NY 10022  

Ira S. Greene  
Edwards Wildman Palmer, LLP-New York  
750 Lexington Avenue  
8th Floor  
New York, NY 10022  

Bruce Davidson Oakley  
Hogan Lovells US LLP-Houston  
700 Louisiana Street  
Bank of America Building  
Suite 4300  
Houston, TX 77002  

David A. DeMarco  
Hogan Lovells US LLP-Denver  
1200 Seventeenth Street  
One Tabor Center  
Suite 1500  
Denver, CO 80202  

Khang Vinh Tran  
Hogan Lovells US LLP-DC  
555 13th Street, N.W.  
Columbia Square  
#1300  
Washington, DC 20004-1109  

                                                              /s/ Jeremy S. Winer_____