## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 13-cv-02949-REB-MEH

SMARTMANTIC USA CORPORATION,
SMARTMANTIC INTERNATIONAL CORPORATION, and
SMARTMANTIC SERVICES CORPORATION,

      Plaintiffs,

v.

DOMINION VOTING SYSTEMS CORPORATION, and
DOMINION VOTING SYSTEMS, INC.,

      Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter is before me *sua sponte*. Given the current status of these cases, I order that these cases be closed administratively.

As noted in the parties' most recent **Joint Status Report** ([#20],[1] filed February 2, 2015),

> [t]his case is presently stayed as a result of the automatic stay in bankruptcy imposed under 11 U.S.C. Section 362(a), pending the outcome of a similar action against Dominion brought by Tom H. Connolly, Chapter 7 Trustee of SVS Holdings Inc. ("SVS"), in this Court, as Case No. 13-cv-00169 (the "Trustee Action"). The Trustee Action has not been concluded and is presently pending.

(*Id.* ¶ 1 at 1.) The Trustee Action, however, has been closed administratively, pending

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

resolution of issues pending before the bankruptcy court.  (**See Order Closing Case Administratively** [#32], filed March 8, 2016.)  Given the interconnected nature of these cases, I find it appropriate to do likewise here and administratively close this case, subject to reopening for good cause.

  **THEREFORE, IT IS ORDERED** as follows:

  1. That under D.C.COLO.LCivR 41.2, this action is closed administratively; and

  2. That under D.C.COLO.LCivR 41.2, the clerk is directed to close this civil action administratively, subject to reopening for good cause.

  Dated September 14, 2016, at Denver, Colorado.

              **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge