# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02949-REB-MEH

SMARTMATIC USA CORPORATION,
SMARTMATIC INTERNATIONAL
CORPORATION
and SMARTMATIC SERVICES CORPORATION,

            Plaintiffs,

v.

DOMINION VOTING SYSTEMS CORPORATION
and DOMINION VOTING SYSTEMS, INC.

            Defendants.

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs Smartmatic USA Corporation, Smartmatic International Corporation and Smartmatic Services Corporation (collectively, "**Smartmatic**") and Defendants Dominion Voting Systems Corporation and Dominion Voting Systems, Inc. (collectively, "**Dominion**") stipulate and jointly move the Court to dismiss this action with prejudice, each party to bear its own costs and attorneys' fees.

WHEREFORE, the parties pray for entry of the proposed order filed herewith.

Active/44709496.1

DATED:  May 17, 2017

*s/ Ira S. Green*                              _____

Ira S. Greene
Locke Lord LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281
(212) 415-8600
ira.greene@lockelord.com

- and –

David A. DeMarco
Hogan Lovells US LLP
One Tabor Center
Denver, CO 80202
(303) 899-7300
david.demarco@hoganlovells.com

*Attorneys for Smartmatic USA Corp.,
Smartmatic International Corp. and
Smartmatic Services Corp.*

*s/  Eric E. Johnson*                            

David B. Wilson
Eric E. Johnson
Sherman & Howard L.L.C.
633 17th Street, Suite 3000
Denver, CO 80202
(303) 297-2900
dwilson@shermanhoward.com
ejohnson@shermanhoward.com

- and -

George Shuster
Wilmer Cutler Pickering Hale and Dorr
60 State Street
Boston, MA 02029
(617) 526-6000
george.shuster@wilmerhale.com

*Attorneys for Dominion Voting Systems
Corp. and Dominion Voting Systems, Inc.*