**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02949-REB-MEH

SMARTMATIC USA CORPORATION,
SMARTMATIC INTERNATIONAL
CORPORATION
and SMARTMATIC SERVICES CORPORATION,

                Plaintiffs,

v.

DOMINION VOTING SYSTEMS CORPORATION
and DOMINION VOTING SYSTEMS, INC.

                Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

THIS MATTER having come before the Court upon the parties' Joint Motion for

Dismissal with Prejudice, the Court being sufficiently advised, hereby

ORDERS that this action is hereby dismissed with prejudice, each party to bear

its own costs and attorneys' fees.

DATED this _____ of _____, 2017

                        BY THE COURT:

                        _____
                        United States District Judge