**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02949-REB-MEH

SMARTMATIC USA CORPORATION, SMARTMATIC INTERNATIONAL CORPORATION, and SMARTMATIC SERVICES CORPORATION,

     Plaintiffs,

v.

DOMINION VOTING SYSTEMS CORPORATION, and DOMINION VOTING SYSTEMS, INC.

     Defendants.

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

**Blackburn, J.**

The matter before me is the parties' **Joint Motion for Dismissal With Prejudice** [#26],[1] filed May 17, 2017. Having considered the motion and the file, and being advised of the premises, I find the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion for Dismissal With Prejudice** [#26], filed May 17, 2017, is granted; and

2. That this action is dismissed with prejudice, with each party to bear its own costs and attorney fees.

Dated May 18, 2017, at Denver, Colorado.

                                                **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.